IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY GRADY, individually and as the administrator of the Estate of ERIN JO BAKER, and L.G., a minor, by ZACHARY GRADY, parent and guardian,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DANIEL R. ROTHWELL and LA-Z-BOY LOGISTICS, INC.,<br><br>　　　　Defendants. | No. 4:22-CV-00428<br><br>(Chief Judge Brann) |

## ORDER

### NOVEMBER 8, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 11) is **GRANTED**.

2. Plaintiff Zachary Grady's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. If Grady elects to plead over, he must do so within fourteen days of this Order.

3. Joan Blackwell's Motion to Intervene (Doc. 8) and Motion to Dismiss (Doc. 9) are **DENIED AS MOOT**.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　Chief United States District Judge